## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
      Plaintiff,

     v.                                   CRIMINAL NO.   17-75 (FAB)

ANGEL RAFAEL CONTRERAS-DELGADO
      Defendant.


### MOTION TO RE-OPEN BAIL HEARING BEFORE MAGISTRATE JUDGE


     THE DEFENDANT, Angel Rafael Contreras-Delgado, through undersigned counsel and pursuant to 18 U.S.C. § 3142, the Eight Amendment and equal protection and due process clauses of the United States Constitution, respectfully moves this Court to re-open the Bail Hearing held on January 31, 2017 so that new evidence regarding potential conditions of release may be presented to U.S. Magistrate Judge Silvia Carreno-Coll. The grounds upon which this motion is based are:

1. Mr. Contreras-Delgado is a 22 year old male with one prior arrest: a juvenile arrest that occurred when he was a teenager.

2. On January 31, 2017 Mr. Contreras-Delgado requested bail under the following conditions:

   a. He would reside with his mother Joselyn Delgado, a Guaynabo Municipal Police Officer, at Calle Las Flores, 204 Interior, Barrio Juan Dominguez, Guaynabo, Puerto Rico, 00971.

   b. He would be outfitted with an electronic monitor.

   c. He would attend outpatient mental health treatment and/or Drug Treatment as directed by his probation officer.

   d. He would enroll in educational courses or search for employment.

3. At the Bail Hearing the court requested Mr. Contreras-Delgado be psychologically evaluated before any final decisions as to his bail was made.

4. On February 1, 2017 Mr. Contreras-Delgado was evaluated by the Mental Health Staff

of the Metropolitan Detention Center in Guaynabo, Puerto Rico, and a "General Administrative Note" was added to his Inmate File on February 15th, 2017. (*Evaluation and Note Attached).*

5.  The February 1st evaluation resulted in the following findings:

    a.  Mr. Contreras-Delgado does not suffer from a judgment impairing mental illness.

    b.  Mr. Contreras-Delgado appears to be very attached to his family and depends on them emotionally.

    c.  No psychiatric referral is warranted.

    d.  Drug Education Course is recommended.

6.  The February 15th General Administrative Note found:

    a.  Mr. Contreras-Delgado has been routinely talking to his family and appears to have support from other inmates.

    b.  His cell has been searched four (4) times without notable contraband use.

**WHEREFORE**, it is respectfully requested that the Court note the abovementioned information and allow Mr. Contreras-Delgado to re-open the January 31st, 2017 Bail Hearing before U.S. Magistrate Judge Silvia Carreno-Coll.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the parties of record.

**RESPECTFULLY SUBMITTED.**

At San Juan, Puerto Rico, February 16, 2017.

**ERIC A. VOS, ESQ.**
**Federal Public Defender**
**District of Puerto Rico**

S/JUAN J. MICHELEN
Juan J. Michelen,
Assistant Federal Public Defender,
USDC-PR G02601
241 F.D. Roosevelt Avenue
San Juan, PR   00918-2305
Phone No. (787) 281-4922
Juan_Michelen@fd.org

| Inmate Name: | CONTRERAS-DELGADO, RAFAEL | | | | Reg #: | 49984-069 |
|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M | Facility: GUA | Unit Team: | 4B |
| Date: | 02/01/2017 10:37 | | | | | |

## Comments

Reason for Referral: Inmate CONTRERAS-DELGADO was seen due to a mental health question which arose as part of the PSIQ review process at MDC Guaynabo. The goal of the screening was to rule-out imminent suicide risk and psychopathology-related management issues. This report is based upon the completed PSIQ, a review of SENTRY, BEMR-PDS records, and a clinical interview. The clinical interview was conducted in Spanish.

PRESENTING DATA: Available records suggest that inmate CONTRERAS-DELGADO has a Hx of Cannabis and Percocet use. BEMR records did not suggest a Hx of mental illness or suicidality. However, on his PSIQ , CONTRERAS-DELGADO noted that he was treated for hyperactivity in 2002 (age 8) and was diagnosed Ritalin, Risperdal and Toradol.

Subjective: Today, inmate relayed that, prior his arrest, he was smoking 3 cannabis cigarettes a day and one Percocet pill a day. He shared that, prior his arrest, he was working at a car wash and living on his own, "I tried to be dependent.... I didn't work out.", "I would call my mother when I did not feel ok... She would visit me and bring me food at times." He mentioned that the first time he saw a psychologist was in 2012, "because of my parents separation." He shared that he was able to achieve his 9th grade with a 4.0 GPA but started to sell drugs and quit school. The last time he saw a mental health provider was in 2015 due to experiencing bizarre symptoms including "seeing shadows", "seeing bats and other things that are not there." He further mentioned that he is very attached to his mother and grandmother, "I lived with them at Chalets de Guaynabo", "I saw them in my Bail hearing.", " They told me that they might give me BAIL due to my mental health concerns", " I'm all day in my room", "reading the Bible", "I have no appetite and sometimes don't shower." Per direct inquiry, CONTRERAS-DELGADOs denied having a Hx of self-harm and the primary concern given by the inmate is that he wants to be released because he wishes to be with his family.

Objective: Pertaining inmate CONTRERAS-DELGADO mental status during the assessment process, he was alert and oriented to time, place, self and situation. Although he expressed that he was not showering, the inmate was well groomed, dressed appropriately with institution issued khakis with not notable body odor which suggest poor hygiene. His posture was normal and no problems with gait or ambulation was noted. His speech was well paced, coherent and goal directed. His mood was euthymic with congruent affect. No visual or auditory hallucinations were noted. He was not responding to internal stimuli during the assessment. His cognitive abilities seem to be within normal range. However, he presents himself slightly immature in reference of emotional modulation and dependability of others. Short and long-term memory was unremarkable. The inmate's judgment appeared logical. No sings of suicidality was noted, reported or observed.

FINDINGS: Inmate CONTRERAS-DELGADO denied any history of suicidal thoughts, gestures, or attempts. Current suicidal or homicidal ideation was denied, and agreed to contact staff if such thoughts should occur. It is this author's clinical opinion that inmate CONTRERAS-DELGADO does not suffer from a judgment inpairing mental illness. CONTRERAS-DELGADO appears to be very attached to his and family and depends on them emotionally to a degree that he strongly wishes that he is given bail and be removed from a MDC Guaynabo. Also according to collateral data, the reason for inmate CONTRERAS-DELGADO's decrease in food intake is related to fasting to religious beliefs and not necessarily a symptom of concern. His verbalizations documented verbalization of seeing bats and shadows after his bail hearing does not appear related to symptoms of schizophrenia nor are consonant with bipolar symptomatology. Nevertheless, the endorsement of these symptoms are better explained by his strong wish to be released on bail and be able to be with his family. At this time, no psychiatric referral is warranted nor scheduled psychological interventions will be conducted. To attend his leisure time and promote cognitive fluidity, inmate CONTRERAS-DELGADO will be given some Mind Puzzles (Ex: Sudokus). Lastly, due to his history and Percocet and Cannabis use inmate CONTRERAS-DELGADO will be referred to the drug abuse program and will be placed in the waitlist for the Drug Education Course. No other interventions are recommended at this time. Therefore, sound correctional principles and practices should suffice until inmate speech or behavior suggests a need for psychological intervention.

| Inmate Name: | CONTRERAS-DELGADO, RAFAEL | | | | Reg #: | 49984-069 |
|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M | Facility: GUA | Unit Team: | 4B |
| Date: | 02/15/2017 08:09 | | | | | |

## Comments

Per request of Chief Psychologist, inmate CONTRERAS-DELGADO records and collateral data was reviewed. BEMR records indicate that inmate CONTRERAS-DELGADO was started on Remeron 7.5MG daily to attend symptoms related to depression. According to collateral data, the reason for inmate CONTRERAS-DELGADO decrease in food intake is related to fasting to religious beliefs. He has been routinely talking to his family and appears to have support form other inmates in the Unit. His cell in 2-B has been searched four (4) times without notable contraband issues. However, CONTRERAS-DELGADO had a positive urinalysis (UA) on 02-07-2017 which is consonant with his drug use prior arrest (01-26-2017). It should be noted that THC stays in an individuals system for several days depending on use and the positive UA might be due to his Cannabis use prior arrest and not a direct result of drug use while in BOP custody. No other concerns were noted or reported.

on 02/16/2017 08:43

on 02/16/2017 08:44