# United States Court of Appeals
## For the First Circuit

_____

No. 17-1962

UNITED STATES OF AMERICA,

Appellee,

v.

ANGEL RAFAEL CONTRERAS-DELGADO,

Defendant, Appellant.

_____

**JUDGMENT**

Entered: January 17, 2019

    This cause came on to be submitted on the briefs and original record on appeal from the United States District Court for the District of Puerto Rico.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: Angel Rafael Contreras-Delgado's sentence is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:
Marie L. Cortes-Cortes
Angel Rafael Contreras-Delgado
Mariana E. Bauza Almonte
Mainon Schwartz
Marc Selim Chattah